UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEXAS INSURANCE COMPANY,** § § § § § § § § § § § § § § § § § § § | | |
| *Plaintiff/Counter-defendant,* | | CIVIL ACTION NO. 2:23-CV-03412 |
| v. | | JUDGE: BRANDON S. LONG |
| | | MAGISTRATE: JANIS van MEERVELD |
| **TALISMAN SPECIALTY UNDERWRITERS, INC.,** | | |
| *Defendant/Counter-plaintiff,* | | |
| and | | JURY DEMANDED |
| **TALISMAN INSURANCE COMPANY,** | | |
| *Intervenor.* | | |

### MOTION TO WITHDRAW AS COUNSEL

Bradley Arant Boult Cummings LLP and the following attorneys of record: Robert H. Ford, Jared Caplan, Brian Gillet, Lauren Black, Emiley E. Dillon, and Danner Kline (collectively, the "Firm"), respectfully move for leave to withdraw as counsel of record for Defendant/Counter-Claimant Talisman Specialty Underwriters, Inc. and Intervenor Talisman Insurance Company (collectively "Talisman") in this matter. In support of this motion, the Firm states as follows:

1. The Firm has determined that professional considerations require termination of the representation under Rule 1.16 of the Louisiana Rules of Professional

4898-2772-5433.1

Conduct as adopted by the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, LR 83.2.3.

2. Pursuant to LR 83.2.11, the Firm has served this motion on Talisman by email and certified mail at: Talisman Specialty Underwriters, Inc. 1015 St. John Street, Lafayette, LA 70501, and Talisman Insurance Company, Inc., 2500 McGee Drive, Suite 140, Norman, OK 73072, and has notified the client of all deadlines and pending court appearances in this matter. The client's telephone number is (337) 303-8774.

3. The Firm has conferred with opposing counsel regarding this motion. Opposing counsel has not yet provided a position of opposition or consent. Accordingly, for the purposes of this motion and until otherwise advised, opposing counsel is presumptively opposed.

4. To the Firm's knowledge, substitute counsel has not yet been retained by Talisman.

5. Given (i) the immediacy of the relief requested and (ii) the impact of that relief on two depositions presently scheduled for Wednesday, November 19, 2025, and Friday, November 21, 2025, the Firm respectfully requests an emergency conference with the Court to discuss this motion.

4898-2772-5433.1

Accordingly, Bradley Arant Boult Cummings LLP respectfully requests that the Court enter an order permitting its withdrawal, and the withdrawal of all its counsel who have appeared in this matter, as counsel of record.

*Respectfully Submitted*,

**BRADLEY ARANT BOULT CUMMINGS, LLP**

By: /s/ Robert H. Ford
     Robert H. Ford
     *Attorney-in-Charge*
     Louisiana Bar No. 38002
     rford@bradley.com
     Emiley E. Dillon
     Louisiana Bar No. 41062
     edillon@bradley.com
     Jared Caplan
     *Pro Hac Vice*
     jcaplan@bradley.com
     Lauren Black
     *Pro Hac Vice*
     lblack@bradley.com
     600 Travis St., Suite 5600
     Houston, Texas 77002
     Telephone: (713) 576-0300
     Facsimile: (713) 576-0301

     Brian Gillett
     *Pro Hac Vice*
     bgillett@bradley.com
     1445 Ross Avenue, Suite 3600
     Dallas, TX 75202
     Telephone: (214) 257-9800

     Danner Kline
     *Pro Hac Vice*
     dkline@bradley.com
     1819 5th Avenue N

4898-2772-5433.1

Birmingham, AL 35203
Telephone: (205) 521-8000

***Counsel for Talisman Specialty Underwriters and Talisman Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion to Withdraw was served on Talisman by email and certified mail at mail at: Talisman Specialty Underwriters, Inc., 1015 St. John Street, Lafayette, LA 70501 and Talisman Insurance Company, Inc., 2500 McGee Drive, Suite 140, Norman, OK 73072, on November 13, 2025, including notification of all deadlines and pending court appearances. I further certify that this motion was served on counsel for Plaintiff Texas Insurance Company via the Court's CM/ECF system on November 13, 2025.

This 13th day of November, 2025.

*/s/ Robert H. Ford*
Robert H. Ford

4898-2772-5433.1