# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS INSURANCE COMPANY,**<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>**TALISMAN SPECIALTY UNDERWRITERS, INC.**<br><br>Defendant/Counterclaim Plaintiff. | Case No.: 2:23-cv-03412<br><br>**JUDGE: BRANDON S. LONG**<br><br>**MAGISTRATE: JANIS van MEERVELD** |

## *EX PARTE* MOTION TO CONTINUE TRIAL AND EXTEND UNEXPIRED DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes Texas Insurance Company, which moves the Court for an order continuing the trial for thirty (30) days and extending all unexpired deadlines by thirty (30) days. The parties have reached a settlement in principle and such time is requested to allow the parties to finalize the terms of the settlement and to prepare the written settlement documents.

Opposing counsel has been contacted and agrees with the relief requested herein.

*[signatures on following page]*

Dated: January 23, 2026

Respectfully submitted,

By: */s/ Samuel M. Rosamond, III*
Samuel M. Rosamond, III (17122)
srosamond@twpdlaw.com
Jonathan B. Womack, Esq. (30801)
jwomack@twpdlaw.com
Taylor, Wellons, Politz & Duhe, LLC
1555 Poydras Street – Suite 2000
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:     504-525-9899

Shand S. Stephens (admitted *pro hac vice*)
shand.stephens@dlapiper.com
**DLA Piper LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Phone: 415 836 2500
Fax:     415 836 2501

Anthony Todaro (admitted *pro hac vice*)
anthony.todaro@us.dlapiper.com
**DLA Piper LLP (US)**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Phone: 206-839-4800

Negin Hadaghian (admitted *pro hac vice*)
negin.hadaghian@us.dlapiper.com
**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor New York, New York 10020
Phone: 212-335-4500
Fax: 206-494-1821

Taylor O. Reed (admitted *pro hac vice*)
taylor.reed@us.dlapiper.com
**DLA Piper LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Phone: 214-743-4500
Fax: 214-743-4545
*Attorneys for Plaintiff Texas Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23th day of January 2026, I caused the foregoing document to be electronically served on all counsel of record and filed with the Clerk of the Court, United States District Court for the Eastern District of Louisiana, via the Court's CM/ECF e-filing system.

                                                              */s/ Samuel M. Rosamond, III*